# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-2404

———————

Sammy L. Casey-El,          *
                            *
         Appellant,         *
                            *
                            *   Appeal from the United States
     v.                     *   District Court for the
                            *   Eastern District of Missouri.
Petrofsky's Bakery, a Division of    *
Quaker Oats Company,        *          [UNPUBLISHED]
                            *
         Appellee.          *

———————

Submitted: May 2, 2000
Filed: May 9, 2000

———————

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

———————

PER CURIAM.

Sammy L. Casey-El appeals following the district court's[1] grant of summary judgment in favor of defendant Petrofsky's Bakery (Petrofsky's) in his employment discrimination action. After de novo review of the record, see Barge v. Anheuser-Busch, Inc., 87 F.3d 256, 258 (8th Cir. 1996), we conclude the district court did not err in granting summary judgment to Petrofsky's. We agree with the district court that Casey-El failed to create a triable issue on whether Petrofsky's proffered non-

———

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

discriminatory reason for not promoting him was a pretext for race discrimination.  <u>See</u> <u>Shannon v. Ford Motor Co.</u>, 72 F.3d 678, 682 (8th Cir. 1996).  We decline to consider Casey-El's due process, equal protection, or attorney-disciplinary claims:  they were either not raised, or were not explained and developed, in the district court.  <u>See</u> <u>Brock v. Logan County Sheriff's Dep't of Ark.</u>, 3 F.3d 1215, 1216 (8th Cir. 1993) (per curiam).  Finally, we conclude the district court did not abuse its discretion in denying Casey-El's motion for reconsideration.  <u>See</u> <u>Twin City Constr. Co. v. Turtle Mountain Band of Chippewa Indians</u>, 911 F.2d 137, 139 (8th Cir. 1990) (standard of review).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.